

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Raul Roberto Carbajal,

Vs. No. 11-14-00040-CR

The State of Texas,

* From the 385th District
  Court of Midland County,
  Trial Court No. CR41917.

* March 6, 2014

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.